O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CANDALARIA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF RIVERSIDE, a public entity, and DOES 1–10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-cv-04251-ODW(SPx)<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL[26]** |

The Court, having considered Plaintiff Arthur Candalaria's Application to Continue Trial and Associated Dates , hereby finds that there is good cause for Plaintiff's Application.  The Court hereby ORDERS:

　　The trial date is continued until November 27, 2012 at 9:00 a.m.;

　　The hearing on motions in limine is continued until November 19, 2012, at 2:30 p.m.

　　The Final Pretrial Conference and date for filing motions for motions and limine is continued to November 5, 2012 at 2:30 p.m.;

/ / /

/ / /

/ / /

/ / /

The Pretrial Conference Order & Pretrial Exhibit Stipulation, Contentions of Fact and Law, Witness Lists, Status Report Regarding Settlement, Agreed Upon Jury Instructions and Verdict Forms, and Disputed Instructions are to be filed no later than October 29, 2012.

**IT IS SO ORDERED.**

June 1, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**